COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Joe Armand Djomo v. Ruth Leukeu Tchengwe

Appellate case number:    01-20-00581-CV

Trial court case number:    2019-84293

Trial court:    280th District Court of Harris County

This is an appeal from a default order granting a protective order. Appellant has filed his brief. Appellee was represented in the trial court by retained counsel, Caren S. Presley, who worked with Aid to Victims of Domestic Abuse (AVDA). On May 20, 2021, the managing attorney for AVDA advised this Court that Presley no longer worked with AVDA and that AVDA no longer represents appellee.

Appellee filed a pro se motion for appointment of counsel. This Court does not appoint counsel. Accordingly, we deny the motion.

Appellee's brief was due on June 16, 2021. Notice issued on July 7, 2021, advising appellee that her brief was past due and requesting a response by July 19, 2021.

To permit appellee time to obtain counsel, the Court grants an extension of time to file her brief and sets **appellee's brief due September 20, 2021.**

It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____
        ☑ Acting individually    ☐ Acting for the Court

Date: __August 19, 2021_____